■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS GONZALES, Also Known as CARLOS GONZALEZ, Appellant. [745 NYS2d 724] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered November 28, 2000, convicting him of robbery in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor made

improper comments during summation is unpreserved for appellate review, as no objections were made at trial (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19; *People v Mapp,* 245 AD2d 307, 308). In any event, the prosecutor's comments were either well within the bounds of permissible rhetorical comment (*see People v Galloway,* 54 NY2d 396, 399; *People v Alvarado,* 262 AD2d 651), or were a fair response to the statements contained in the defense counsel's summation (*see People v Halm,* 81 NY2d 819, 821; *People v Ricone,* 288 AD2d 402, *lv denied* 97 NY2d 708).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). Ritter, J.P., Feuerstein, Adams and Mastro, JJ., concur.